**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00389-CR

**REBECCA GOERDEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-30578-V**

## ORDER

We **REINSTATE** this appeal.

We abated for the trial court to clarify whether appellant had a right to appeal or had waived her right of appeal in a plea bargain agreement with the State. On August 26, 2019, a supplemental clerk's record was filed with an amended certification stating that although appellant had a plea bargain agreement, the trial court gave her permission to appeal the denial of her motion for new trial.

Appellant's brief was due August 17, 2019. We **ORDER** appellant's brief due on or before September 18, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Brandon Birmingham**,** Presiding Judge, 292nd Judicial District Court; and counsel for the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE